Same case below, 409 Fed. Appx. 890.

**No. 10-1514. Wilson J. Campbell, Petitioner v. Supreme Court of New Jersey Advisory Committee on Judicial Conduct.**

565 U.S. 825, 132 S. Ct. 116, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5346.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

Same case below, 205 N.J. 2, 10 A.3d 1201.

**No. 10-1515. Yi Dong Chen, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 826, 132 S. Ct. 117, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5322.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 675.

**No. 10-1516. Robert M. Haddad, Petitioner v. Jennifer DeCristofaro, et al.**

565 U.S. 826, 132 S. Ct. 117, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5231.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-1517. Edward H. Flint, Petitioner v. Coach House, Inc., et al.**

565 U.S. 826, 132 S. Ct. 117, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5263.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 10-1520. Shirley Jablonski and Jeff Sagarin, Petitioners v. City of Bloomington, Indiana.**

565 U.S. 826, 132 S. Ct. 117, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5401.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

Same case below, 932 N.E.2d 739.

**No. 10-1522. Jacqueline Shiplet, Petitioner v. Thomas J. Vilsack, Secretary of Agriculture.**

565 U.S. 826, 132 S. Ct. 117, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5614.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 667.

**No. 10-1523. SGE Management, LLC, et al., Petitioners v. Juan R. Torres, et al.**

565 U.S. 826, 132 S. Ct. 117, 181 L. Ed. 2d 41, 2011 U.S. LEXIS 5392.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 63.